█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
RAYMOND HERNANDEZ, Appellant. [825 NYS2d 362]—Judgment,
Supreme Court, New York County (Michael J. Obus, J.),
rendered September 20, 2005, convicting defendant, after a jury
trial, of robbery in the second degree, and sentencing him, as a

second violent felony offender, to a term of seven years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). The evidence supports the conclusion that when defendant forcibly stole a quantity of payroll checks, he did so with the intent to deprive his former employer of their economic value (*see* Penal Law § 155.00 [3] [a]). Concur—Tom, J.P., Marlow, Williams, Gonzalez and Catterson, JJ.